IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01929-REB-KLM

JOHN MARSHALL COGSWELL,

    Plaintiff,

v.

HENRY PAULSON, Secretary of the Treasury, and
RICHARD CHENEY, President of the Senate,

    Defendant(s).
_____

## ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter was drawn to me and was subsequently referred to me by District Judge Robert E. Blackburn [Docket No. 2] for pretrial case management.

    Pursuant to 28 U.S.C. § 455(a), I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

Dated: September 12, 2008

                                          BY THE COURT:

                                          s/ Kristen L. Mix
                                          Kristen L. Mix
                                          United States Magistrate Judge