## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 08-cv-01929-REB-MEH

JOHN MARSHALL COGSWELL,

    Plaintiff,

v.

HENRY PAULSON, Secretary of the Treasury, and
RICHARD CHENEY, President of the United States Senate,

    Defendants.

---

## ORDER VACATING ORDER OF REFERENCE TO JUDGE KRISTEN L. MIX AND ASSIGNING MAGISTRATE JUDGE MICHAEL E. HEGARTY TO CONDUCT PROCEEDINGS

---

**Blackburn, J.**

    Pursuant to the **Order of Recusal** [#3] entered September 12, 2008, by United States Magistrate Judge Kristen L. Mix, it is

    **ORDERED** that the **Order of Reference To United States Magistrate Judge** to Magistrate Judge Kristen L. Mix [#2] entered September 11, 2008, is **VACATED**, and it is

    **FURTHER ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Michael E. Hegarty is designated to conduct proceedings in this civil action as follows:

    (X)    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    (X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

    (X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    (X)    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(X)   Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X)   Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

**The parties are directed to my Pretrial and Trial Procedures available in the Clerk's office or on the court's website: www.cod.uscourts.gov . These govern all proceedings in my court and indicate what my expectations are.**

Dated September 17, 2008, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
**Robert E. Blackburn
United States District Judge**