IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01929-REB-MEH

JOHN MARSHALL COGSWELL,

       Plaintiff,

v.

HENRY PAULSON, Secretary of the Treasury, and
RICHARD CHENEY, President of the United States Senate,

       Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

       Defendants' Unopposed Motion to Stay Discovery and Vacate Scheduling Conference [filed November 14, 2008; docket #9] is **granted**.  The Court has broad discretion to stay proceedings as an incident to its power to control its own docket.  *See Clinton v. Jones,* 520 U.S. 681, 706-07 (1997) (citing *Landis v. North American Co.,* 299 U.S. 248, 254 (1936)).  Because Defendants' Motion to Dismiss raises a legal question of this Court's jurisdiction over the subject matter of the dispute, the question should be resolved as early as possible in the litigation.  *See Albright v. Rodriguez,* 51 F.3d 1531, 1534 (10th Cir.1995).  Consequently, all discovery is hereby **stayed** in this case pending the Court's ruling on Defendants' Motion to Dismiss.

       The Scheduling Conference set in this matter for Tuesday, December 16, 2008, at 9:30 a.m. is hereby **vacated**.  The parties are directed to submit a status report within five days of the entry of any order adjudicating the pending motion to dismiss.