IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01929-REB-MEH

JOHN MARSHALL COGSWELL,

    Plaintiff,

v.

JOSEPH R. BIDEN, JR., President of the United States Senate,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2009.**

    Plaintiff's Rule 25 and Rule 41 Motions [filed February 4, 2009; docket #18] are **granted**. Pursuant to Fed. R. Civ. P. 41(a), Defendant Henry Paulson is dismissed from this action. Pursuant to Fed. R. Civ. P. 25(d), Defendant Richard Cheney is automatically substituted by Joseph R. Biden, Jr.