IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01929-REB-MEH

JOHN MARSHALL COGSWELL,

    Plaintiff,

v.

JOSEPH R. BIDEN, JR., President of the United States Senate,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Defendants' Motion To Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(1)** [#22] filed February 9, 2009; (2) the magistrate judge's **Supplemental Recommendation To Dismiss** [#24] filed February 12, 2009; and (3) **Plaintiff's Objections to Proposed Findings and Recommendation s of Magistrate** [#25] filed February 20, 2009. I overrule the objections, adopt the recommendations, strike plaintiff's amended complaint, and grant defendant's motion to dismiss.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Even though plaintiff is a licensed attorney, in an abundance of caution, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard

than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, ___, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). The recommendations are detailed and well-reasoned.[1] Contrastingly, plaintiff's objections are imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendations proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Defendants' Motion To Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(1)** [#22], filed February 9, 2009, is **APPROVED AND ADOPTED** as an order of this court;

2. That the magistrate judge's **Supplemental Recommendation To Dismiss** [#24] filed February 12, 2009, also is **APPROVED AND ADOPTED** as an order of this court;

3. That the objections stated in **Plaintiff's Objections to Proposed Findings and Recommendation s of Magistrate** [#25] filed February 20, 2009, are **OVERRULED**;

---

[1] Although the magistrate judge's supplemental recommendation counsels dismissing plaintiff's Amended Complaint on substantive grounds, because the pleading was filed without leave of court to amend, I will strike it instead. *See* **FED.R.CIV.P.** 15(a)(2). Since the purported amendment would be ineffective and futile in any event, as discussed in the supplemental recommendation, there would be no reason to permit amendment in any event. *See id.* (noting that leave to amend should be freely granted "when justice so requires").

4. That **Defendants' Motion To Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(1)** [#8] filed November 14, 2008, is **GRANTED**;

5. That plaintiff's proposed **Amended Complaint** [#23], filed February 10, 2009, is **STRICKEN**;

6. That plaintiff's claims against defendant, Joseph. R. Biden, Jr., President of the United States Senate, are **DISMISSED** for lack of subject matter jurisdiction;

7. That judgment **SHALL ENTER** on behalf of defendant, Joseph R. Biden, Jr., President of the United States Senate, and against plaintiff, John Marshall Cogswell, as to all claims for relief and causes of action; and

8. That defendant is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated February 27, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge