IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01929-REB-MEH

JOHN MARSHALL COGSWELL,

    Plaintiff,

v.

UNITED STATES SENATE,

    Defendant.

## AMENDED[1] ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Defendants' Motion To Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(1)** [#22] filed February 9, 2009; (2) the magistrate judge's **Supplemental Recommendation To Dismiss** [#24] filed February 12, 2009; and (3) **Plaintiff's Objections to Proposed Findings and Recommendation s of Magistrate** [#25] filed February 20, 2009. I overrule the objections, adopt the recommendations, dismiss plaintiff's amended complaint, and grant defendant's motion to dismiss.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Even though plaintiff is a licensed attorney, in an abundance of caution because plaintiff is proceeding *pro se*, I

---

[1] This Amended Order is entered to remove the prior references to striking plaintiff's Amended Complaint, which was in fact filed as of right.

have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89 ___, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972)). The recommendations are detailed and well-reasoned. Contrastingly, plaintiff's objections are imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendations proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Defendants' Motion To Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(1)** [#22] filed February 9, 2009, is **APPROVED AND ADOPTED** as an order of this court;

2. That the magistrate judge's **Supplemental Recommendation To Dismiss** [#24] filed February 12, 2009, also is **APPROVED AND ADOPTED** as an order of this court;

3. That the objections stated in **Plaintiff's Objections to Proposed Findings and Recommendation s of Magistrate** [#25] filed February 20, 2009, are **OVERRULED**;

4. That **Defendants' Motion To Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(1)** [#8] filed November 14, 2008, is **GRANTED**;

5.  That plaintiff's claims against defendant, United States Senate, as set forth in plaintiff's **Amended Complaint** [#23] filed February 10, 2009, are **DISMISSED** for lack of subject matter jurisdiction;

6.  That judgment **SHALL ENTER** on behalf of defendant, United States Senate, and against plaintiff, John Marshall Cogswell, as to all claims for relief and causes of action; and

7.  That defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated March 2, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge